# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:11CR00228-02 JMM |
| | ) | |
| PEDRO MIGUEL TORRES | ) | |

## ORDER

The defendant's motion for continuance (docket entry no. 80) is granted, and the hearing is re-scheduled for Tuesday, May 21, 2013, at 3:00 p.m.

IT IS SO ORDERED this __24__ day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE